UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**GENERAL ORDER**

No. 2005-01

The registration fee for attorneys referred to in LR Gen. 203 is hereby established at $15 and the late fee is hereby established at $40.

IT IS SO ORDERED,

Ernest C Torres

Ernest C. Torres
Chief Judge

Mary M. Lisi

Mary M. Lisi
U.S. District Judge

William E. Smith
U.S. District Judge

Date: December 12, 2005