UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# GENERAL ORDER

No. 2006-02

**Re: Adoption of Forfeiture of Collateral Schedule**

Pursuant to LR Cr 58(b) of the Local Rules of the United States District Court for the District of Rhode Island, the attached "Forfeiture of Collateral Schedule" is hereby adopted.

IT IS SO ORDERED:

Ernest C. Torres
Chief Judge

Mary M. Lisi
U.S. District Judge

William E. Smith
U.S. District Judge

Date: June 21, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# FORFEITURE OF COLLATERAL SCHEDULE

**NOTE: The amount of the collateral that may be posted and forfeited in lieu of appearance by a person charged with a petty offense shall be in the amounts shown in the schedule, plus any administrative fee(s) authorized by P.L. 108-447, § 308.**


| Agency | Page |
|---|---|
| National Park Service ("NPS") | 1 |
| Federal Protective Service ("FPS") | 3 |
| Veterans Administration ("VA") | 5 |
| Fish and Wildlife Service ("F&W") | 8 |

# FORFEITURE OF COLLATERAL SCHEDULE

| Description of Violation | CFR Title | CFR Section | Agency Initials | Collateral Amount* |
|---|---|---|---|---|
| Closure and public use restrictions | 36 | 1.5(f) | NPS | $50.00 |
| Permit violations | 36 | 1.6(g) | NPS | $75.00 |
| Wildlife and plant resources, possession or destruction | 36 | 2.1(a)(1) - (i), (ii) & (iv) | NFS | $75.00 |
| Archeological resources, possession or destruction | 36 | 2.1(a)(1) - (iii) | NPS | $150.00 |
| Wildlife or plants, introduction into park | 36 | 2.1(a)(2) | NPS | $50.00 |
| Rocks or other items, throwing or tossing | 36 | 2.1(a)(3) | NPS | $25.00 |
| Gathered wood, use or possession | 36 | 2.1(a)(4) | NPS | $50.00 |
| Archeological or cultural resource, monument or statute, interference with | 36 | 2.1(a)(5) | NPS | $50.00 |
| Structure or cultural or archeological resource, interference with | 36 | 2.1(a)(6) | NPS | $150.00 |
| Metal or mineral detector, possession or use | 36 | 2.1(a)(7) | NPS | $75.00 |
| Trails and walkways, shortcutting | 36 | 2.1(b) | NPS | $25.00 |
| Natural product violations | 36 | 2.1(c)(3) | NPS | $50.00 |
| Camping or food storage, violations | 36 | 2.10(b)(1) -(10) | NPS | $50.00 |
| Picnicking, violations | 36 | 2.11 | NPS | $25.00 |
| Audio disturbances | 36 | 2.12(a) | NPS | $25.00 |
| Fire, in undesignated areas | 36 | 2.13(a)(1) | NPS | $50.00 |
| Fires, prohibited acts | 36 | 2.13(a)(2) -(5) | NPS | $50.00 |
| Fires, failure to extinguish | 36 | 2.13(b) | NPS | $50.00 |
| Sanitation and refuse, violations | 36 | 2.14 | NPS | $75.00 |
| Pets, prohibited acts | 36 | 2.15(a)(1) -(3) | NPS | $50.00 |

| | | | | |
|---|---|---|---|---|
| Pets, noise and excrement disposal | 36 | 2.15(a)(4) & (5) | NPS | $50.00 |
| Horses and pack animals, prohibited acts | 36 | 2.16 | NPS | $50.00 |
| Skating and skateboards, use restrictions | 36 | 2.2 | NPS | $50.00 |
| Smoking, prohibited acts | 36 | 2.21 | NPS | $25.00 |
| Property, abandoned | 36 | 2.22(a)(1) | NPS | $50.00 |
| Property, leaving unattended | 36 | 2.22(a)(2) | NPS | $50.00 |
| Property, failure to turn in found property | 36 | 2.22(a)(3) | NPS | $50.00 |
| Fee area, entering without payment | 36 | 2.23(b) | NPS | $50.00 |
| Property, misappropriation | 36 | 2.30(a)(1)-(5) | NPS | $150.00 |
| Trespassing | 36 | 2.31(a)(1) | NPS | $75.00 |
| Tampering, or attempting | 36 | 2.31(a)(2) | NPS | $100.00 |
| Vandalism | 36 | 2.31(a)(3) | NPS | $100.00 |
| Interference with agency function | 36 | 2.32(a)(1) | NPS | $100.00 |
| Failure to obey lawful order | 36 | 2.32(a)(2) | NPS | $100.00 |
| False report or information | 36 | 2.32(a)(3) & (4) | NPS | $100.00 |
| Failure to report injury or damage | 36 | 2.33(b) | NPS | $100.00 |
| Disorderly conduct | 36 | 2.34(1)-(4) | NPS | $150.00 |
| Alcohol, sale to underage person | 36 | 2.35(a)(2)(i) | NPS | $100.00 |
| Alcohol, possession violations | 36 | 2.35(a)(2)(ii)-(iv) | NPS | $50.00 |
| Alcohol, consumption violations | 36 | 2.35(a)(3) | NPS | $50.00 |
| Controlled substances, possession | 36 | 2.35(b)(2) | NPS | $100.00 |
| Alcohol or controlled substances, presence in park under the influence | 36 | 2.35(c) | NPS | $100.00 |
| Gambling | 36 | 2.36(a) | NPS | $50.00 |
| Soliciting, non-commercial | 36 | 2.37 | NPS | $50.00 |
| Fireworks, possession | 36 | 2.38(b) | NPS | $50.00 |

| | | | | |
|---|---|---|---|---|
| Permit, violation of terms | 36 | 2.50(e) | NPS | $75.00 |
| Public assemblies and meetings, prohibited acts | 36 | 2.51(h) | NPS | $50.00 |
| Printed matter, sale and distribution, prohibited acts | 36 | 2.52(h) | NPS | $75.00 |
| Livestock and agriculture, prohibited acts | 36 | 2.60(a) | NPS | $50.00 |
| Residing on federal lands, prohibited acts | 36 | 2.61(a) | NPS | $100.00 |
| Memorialization | 36 | 2.62 | NPS | $50.00 |
| Assimilative crimes | 36 | 4.2(b) | NPS | $50.00 |
| Traffic, failure to report accident | 36 | 4.4(c) | NPS | $25.00 |
| Traffic, unauthorized parking, or parking contrary to signs | 36 | 4.12 | NPS | $25.00 |
| Traffic, parking in handicapped spot | 36 | 4.12 | NPS | $50.00 |
| Bicycles, prohibited acts | 36 | 4.3 | NPS | $25.00 |
| Hitchhiking | 36 | 4.31 | NPS | $25.00 |
| Advertisements and postings, violations | 36 | 5.1 | NPS | $75.00 |
| Business operations, prohibited acts | 36 | 5.3 | NPS | $75.00 |
| Closed areas, unauthorized entry | 41 | 102-74.375 | FPS | $40.00 |
| Trespassing | 41 | 102-74.375 | FPS | $75.00 |
| Trespassing during closed hours | 41 | 102-74.375 | FPS | $150.00 |
| Rubbish, improper disposal | 41 | 102-74.380 (a) | FPS | $75.00 |
| Property destruction or damage | 41 | 102-74.380 (b) | FPS | $200.00 |
| Property theft | 41 | 102-74.380 (c) | FPS | $150.00 |
| Creating hazard to persons or things | 41 | 102-74.380 (d) | FPS | $150.00 |
| Buildings, throwing objects at or climbing on | 41 | 102-74.380 (e) | FPS | $50.00 |
| Failure to obey signs | 41 | 102-74.385 | FPS | $50.00 |

| | | | |
|---|---|---|---|
| Failure to obey lawful order | 41 | 102-74.385 FPS | $100.00 |
| Loitering, unauthorized | 41 | 102-74.390 FPS | $50.00 |
| Disorderly conduct | 41 | 102-74.390 FPS | $150.00 |
| Creating loud/unusual noise | 41 | 102-74.390 FPS (a) | $30.00 |
| Obstructing use of entrance, foyer, lobby, corridor, office, elevator, stairway or parking lot | 41 | 102-74.390 FPS (b) | $40.00 |
| Impeding/obstructing official duties | 41 | 102-74.390 FPS (c) | $40.00 |
| Preventing public from obtaining administrative services | 41 | 102-74.390 FPS (d) | $50.00 |
| Gambling | 41 | 102-74.395 FPS | $50.00 |
| Controlled substances, under the influence, using or possessing | 41 | 102-74.400 FPS (a) | $200.00 |
| Operating a motor vehicle while under the influence | 41 | 102-74.400 FPS (b) | $200.00 |
| Alcohol, entering premises under the influence of alcohol or controlled substances | 41 | 102-74.405 FPS | $200.00 |
| Alcohol, unauthorized use on property of alcohol or controlled substances | 41 | 102-74.405 FPS | $200.00 |
| Alcohol, possession of | 41 | 102-74.405 FPS | $50.00 |
| Solicitation, unauthorized commercial or political solicitation or advertising | 41 | 102-74.410 FPS | $50.00 |
| Vending | 41 | 102-74.410 FPS | $40.00 |
| Displaying or distributing commercial advertising | 41 | 102-74.410 FPS | $40.00 |
| Collecting a private debt | 41 | 102-74.410 FPS | $50.00 |
| Advertising, posting or distributing | 41 | 102-74.415 FPS | $50.00 |
| Photography, unauthorized | 41 | 102-74.420 FPS | $50.00 |
| Bringing dog or other animal in or upon property | 41 | 102-74.425 FPS | $40.00 |
| Traffic, failure to obey signs | 41 | 102-74.430 FPS | $25.00 |

| | | | | |
|---|---|---|---|---|
| Traffic, reckless or unsafe operation | 41 | 102-74.430 | FPS | $100.00 |
| Traffic, unauthorized parking | 41 | 102-74.430 | FPS | $25.00 |
| Traffic, parking contrary to signs or in reserved or restricted areas | 41 | 102-74.430 | FPS | $25.00 |
| Traffic, parking in handicapped spots | 41 | 102-74.430 | FPS | $50.00 |
| Traffic, parking in emergency spots, fire lanes or near fire hydrant | 41 | 102-74.430 | FPS | $50.00 |
| Traffic, failure to park in marked space | 41 | 102-74.430 | FPS | $25.00 |
| Traffic, blocking roadway, entrance, driveway or walk | 41 | 102-74.430 | FPS | $25.00 |
| Explosives | 41 | 102-74.435 | FPS | Mandatory Appearance |
| Weapons, unauthorized possession of firearms or other dangerous weapons | 41 | 102-74.440 | FPS | $200.00 |
| Discriminating against person because of race, creed, color, or national origin | 41 | 102-74.445 | FPS | $50.00 |
| Rubbish, improper disposal | 38 | 1.218(b)(1) | VA | $200.00 |
| Spitting, on property | 38 | 1.218(b)(2) | VA | $25.00 |
| Buildings, throwing from or climbing on | 38 | 1.218(b)(3) | VA | $50.00 |
| Property, destruction, damage or removal | 38 | 1.218(b)(4) | VA | Mandatory Appearance |
| Grave marker, destruction, defacement or removal | 38 | 1.218(b)(5) | VA | Mandatory Appearance |
| Failure to obey signs | 38 | 1.218(b)(6) | VA | $50.00 |
| Signs, tampering with or removal | 38 | 1.218(b)(7) | VA | $100.00 |
| Trespass into posted or closed areas | 38 | 1.218(b)(8) | VA | $50.00 |
| Demonstration, unauthorized | 38 | 1.218(b)(9) | VA | Mandatory Appearance |

| | | | | |
|---|---|---|---|---|
| Disturbance, during burial ceremony | 38 | 1.218(b) (10) | VA | Mandatory Appearance |
| Disorderly conduct | 38 | 1.218(b) (11) | VA | Mandatory Appearance |
| Failure to depart premises | 38 | 1.218(b) (12) | VA | $50.00 |
| Loitering, unauthorized | 38 | 1.218(b) (13) | VA | $50.00 |
| Gambling | 38 | 1.218(b) (14) | VA | $200.00 |
| Operating a vehicle under the influence | 38 | 1.218(b) (15) | VA | Mandatory Appearance |
| Alcohol/drugs, entering premises under influence of alcohol or controlled substances | 38 | 1.218(b) (16) | VA | $200.00 |
| Alcohol/drugs, unauthorized use of alcohol or controlled substances | 38 | 1.218(b) (17) | VA | Mandatory Appearance |
| Alcohol/drugs, unauthorized introduction onto property or giving to patient | 38 | 1.218(b) (18) | VA | Mandatory Appearance |
| Solicitation, unauthorized | 38 | 1.218(b) (19) | VA | $50.00 |
| Solicitation, commercial | 38 | 1.218(b) (20) | VA | $50.00 |
| Advertisements, distributing | 38 | 1.218(b) (21) | VA | $25.00 |
| Advertisements, postings or display | 38 | 1.218(b) (22) | VA | $25.00 |
| Photography, unauthorized | 38 | 1.218(b) (23) | VA | $50.00 |
| Traffic, failure to comply with directions of police | 38 | 1.218(b) (24) | VA | $25.00 |
| Traffic, parking in handicapped spot | 38 | 1.218(b) (25) | VA | $50.00 |
| Traffic, parking in no-parking areas | 38 | 1.218(b) (26) | VA | $25.00 |
| Traffic, parking in emergency spaces, fire lanes or near fire hydrant | 38 | 1.218(b) (27) | VA | $50.00 |

| | | | | |
|---|---|---|---|---|
| Traffic, parking in intersection or blocking an entrance or exit lane | 38 | 1.218(b) (28) | VA | $25.00 |
| Traffic, parking in reserved spots or in excess of time limit | 38 | 1.218(b) (29) | VA | $15.00 |
| Traffic, failure to make full stop | 38 | 1.218(b) (30) | VA | $25.00 |
| Traffic, failure to yield to pedestrian in crosswalk | 38 | 1.218(b) (31) | VA | $100.00 |
| Traffic, driving in wrong direction on one-way street | 38 | 1.218(b) (32) | VA | $25.00 |
| Traffic, reckless or unsafe operation | 38 | 1.218(b) (33) | VA | Mandatory Appearance |
| Traffic, speeding (1-10 mph over) | 38 | 1.218(b) (34) | VA | $25.00 |
| Traffic, speeding (11-20 mph over) | 38 | 1.218(b) (34) | VA | $50.00 |
| Traffic, speeding (21 plus mph over) | 38 | 1.218(b) (34) | VA | $100.00 |
| Traffic, excessive noise in hospital or cemetery zone | 38 | 1.218(b) (35) | VA | $50.00 |
| Traffic, right of way | 38 | 1.218(b) (36) | VA | $50.00 |
| Firearms, possession | 38 | 1.218(b) (37) | VA | $500.00 |
| Explosives, introduction or possession | 38 | 1.218(b) (38) | VA | $500.00 |
| Dangerous weapons, knives, possession | 38 | 1.218(b) (39) | VA | $300.00 |
| Dangerous weapons, liquid or gas emitting, possession | 38 | 1.218(b) (40) | VA | Mandatory Appearance |
| Room keys, unauthorized possession, manufacture or use | 38 | 1.218(b) (41) | VA | $200.00 |
| Unauthorized opening of locks or barrier mechanisms | 38 | 1.218(b) (42) | VA | Mandatory Appearance |
| Prostitution, act or solicitation | 38 | 1.218(b) (43) | VA | $250.00 |
| Sexual activity, unlawful | 38 | 1.218(b) (44) | VA | $250.00 |

| | | | | |
|---|---|---|---|---|
| Cemetery grounds, bicycling, jogging prohibited | 38 | 1.218(b) (45) | VA | $50.00 |
| All other administrative provisions or regulations | 50 | 25 | F & W | $100.00 |
| Enter closed portion of National Wildlife Refuge | 50 | 25.21 | F & W | $100.00 |
| Failure to comply with special regulations | 50 | 25.31 | F & W | $100.00 |
| Permits, failure to display permit when required | 50 | 25.42 | F & W | $100.00 |
| Property or injury, failure to report accidents | 50 | 25.72 | F & W | $100.00 |
| All other public entry and use regulations | 50 | 26 | F & W | $150.00 |
| Trespassing | 50 | 26.21(a) | F & W | $100.00 |
| Trespassing, domestic animals | 50 | 26.21(b) | F & W | $50.00 |
| Regulations, non-compliance | 50 | 26.22 | F & W | $50.00 |
| Permit violations, assemblies and demonstrations | 50 | 26.36 | F & W | $100.00 |
| Animals and plants, taking without authorization | 50 | 27.21 | F & W | $150.00 |
| Animals and plants, each specimen taken in violation of 50 CFR 27.21 (in addition to base amount above) | 50 | 27.21 | F & W | $50.00 |
| Traffic, travel on other than designated route of travel | 50 | 27.31 | F & W | $75.00 |
| Traffic, operation in violation of state law | 50 | 27.31(a) | F & W | $75.00 |
| Traffic, operation under the influence of drugs or intoxicating beverages | 50 | 27.31(b) | F & W | $250.00 |
| Traffic, careless or heedless operation | 50 | 27.31(c) | F & W | $150.00 |
| Traffic, speeding (1-10 mph over) | 50 | 27.31(d) | F & W | $50.00 |
| Traffic, speeding (11-20 mph over) | 50 | 27.31(d) | F & W | $100.00 |
| Traffic, speeding (21 plus mph over) | 50 | 27.31(d) | F & W | $150.00 |

| | | | | |
|---|---|---|---|---|
| Traffic, faulty muffler | 50 | 27.31(e)(1) | F & W | $75.00 |
| Traffic, vehicle without license plate/registration | 50 | 27.31(f) | F & W | $100.00 |
| Traffic, operate vehicle without driver's license | 50 | 27.31(g) | F & W | $100.00 |
| Traffic, unauthorized parking | 50 | 27.31(h) | F & W | $50.00 |
| Failure to obey order of officer | 50 | 27.31(i) | F & W | $75.00 |
| Traffic, operate over-sized or over-weight vehicle | 50 | 27.31(j) | F & W | $100.00 |
| Traffic, moving vehicle involved in accident | 50 | 27.31(k) | F & W | $100.00 |
| Traffic, operate vehicle without proper headlights, tail lights or brake lights | 50 | 27.31(l) | F & W | $50.00 |
| Traffic, violation of other special vehicle requirements | 50 | 27.31(m) | F & W | $100.00 |
| Boating, unauthorized use of a boat | 50 | 27.32(a) | F & W | $75.00 |
| Boating, operate a boat in violation of state law and/or Coast Guard rule/regulation | 50 | 27.32(b) | F & W | $50.00 |
| Boating, operate a boat in reckless/negligent manner | 50 | 27.32(b)(2) | F & W | $150.00 |
| Boating, operate a boat under influence of an intoxicant | 50 | 27.32(b)(3) | F & W | $250.00 |
| Boating, interfere with operation of other boats | 50 | 27.32(b)(4) | F & W | $100.00 |
| Boating, operate a boat without proper marine head | 50 | 27.32(b)(5) | F & W | $50.00 |
| Boating, operate a sailboat without required lights | 50 | 27.32(b)(6) | F & W | $50.00 |
| Boating, leave boat unattended for seventy-two hours | 50 | 27.32(b)(7) | F & W | $100.00 |
| Boating, unauthorized use of government boat dock | 50 | 27.32(b)(8) | F & W | $50.00 |
| Unauthorized water skiing | 50 | 27.33 | F & W | $50.00 |
| Unauthorized operation of aircraft | 50 | 27.34 | F & W | $200.00 |

| | | | | |
|---|---|---|---|---|
| Firearms, carrying, possessing or discharging | 50 | 27.41 | F & W | $200.00 |
| Fireworks/explosives, carrying, possessing or discharging | 50 | 27.41 | F & W | $150.00 |
| Firearms, other violations | 50 | 27.42 | F & W | $150.00 |
| Weapons, other than firearms, unauthorized possession or use | 50 | 27.43 | F & W | $150.00 |
| Plant or animals, disturbing or injuring | 50 | 27.51 | F & W | $250.00 |
| Plant or animals, introducing from elsewhere | 50 | 27.52 | F & W | $100.00 |
| Public property, destruction or removal | 50 | 27.61 | F & W | $200.00 |
| Objects of antiquity, searching for or removing | 50 | 27.62 | F & W | $250.00 |
| Valued objects, unauthorized searching or removal | 50 | 27.63 | F & W | $100.00 |
| Unauthorized prospecting or mining | 50 | 27.64 | F & W | $200.00 |
| Tampering with vehicles or equipment | 50 | 27.65 | F & W | $250.00 |
| Commercial film making without authorization | 50 | 27.71 | F & W | $100.00 |
| Unreasonable operation of audio equipment | 50 | 27.72 | F & W | $75.00 |
| Hunting, unauthorized spotting of wildlife | 50 | 27.73 | F & W | $250.00 |
| Alcohol, entering or remaining while under influence | 50 | 27.81 | F & W | $100.00 |
| Drugs, delivery of controlled substance | 50 | 27.82(b)(1) | F & W | $500.00 |
| Drugs, possession of controlled substance | 50 | 27.82(b)(2) | F & W | $200.00 |
| Drugs, under influence of controlled substance | 50 | 27.82(b)(3) | F & W | $100.00 |
| Indecent or disorderly conduct | 50 | 27.83 | F & W | $200.00 |
| Interference with authorized activities | 50 | 27.84 | F & W | $250.00 |
| Gambling | 50 | 27.85 | F & W | $100.00 |

| | | | | |
|---|---|---|---|---|
| Begging or soliciting | 50 | 27.86 | F & W | $50.00 |
| Unauthorized field trials | 50 | 27.91 | F & W | $50.00 |
| Unauthorized private structures | 50 | 27.92 | F & W | $150.00 |
| Abandoning personal property | 50 | 27.93 | F & W | $100.00 |
| Littering | 50 | 27.94 | F & W | $100.00 |
| Dumping refuse/waste | 50 | 27.94 | F & W | $250.00 |
| Depositing environmental contaminants | 50 | 27.94 | F & W | $1000.00 |
| Setting unauthorized fire | 50 | 27.95(a) | F & W | $300.00 |
| Unauthorized camp fire | 50 | 27.95(a) | F & W | $100.00 |
| Unattended fire | 50 | 27.95(b) | F & W | $100.00 |
| Burning cigarettes, matches, etc. | 50 | 27.95(c) | F & W | $75.00 |
| Smoking violation | 50 | 27.95(d) | F & W | $50.00 |
| Advertising, unauthorized | 50 | 27.96 | F & W | $75.00 |
| Conducting private commercial operation | 50 | 27.97 | F & W | $100.00 |
| Violation of provision, rule sign, or special regulation | 50 | 28.31 | F & W | $100.00 |
| No refuge commercial fishing | 50 | 31.13 | F & W | $250.00 |
| Trapping, violation of state law | 50 | 31.16 | F & W | $100.00 |
| Trapping, violation of permit conditions | 50 | 31.16 | F & W | $100.00 |
| Trapping, failure to inspect | 50 | 31.16 | F & W | $100.00 |
| Trapping, unlawful sets/equipment | 50 | 31.16 | F & W | $150.00 |
| Trapping, each unlawful set/piece of equipment (in addition to base amount above) | 50 | 31.16 | F & W | $50.00 |
| Trapping, unlawfully trapped animal | 50 | 31.16 | F & W | $150.00 |
| Trapping, each unlawfully trapped animal (in addition to base amount above) | 50 | 31.16 | F & W | $50.00 |
| Hunting without state license | 50 | 32.2(a) | F & W | $150.00 |

| | | | | |
|---|---|---|---|---|
| Hunting, each specimen taken in violation of 50 CFR 32.2(a) (in addition to base amount above) | 50 | 32.2(a) | F & W | $50.00 |
| Hunting without migratory waterfowl stamp | 50 | 32.2(b) | F & W | $150.00 |
| Hunting, each specimen taken in violation of 50 CFR 32.2(b) (in addition to base amount above) | 50 | 32.2(b) | F & W | $50.00 |
| Hunting in violation of federal law | 50 | 32.2(c) | F & W | $100.00 |
| Hunting, each specimen taken in violation of 50 CFR 32.2(c) (in addition to base amount above) | 50 | 32.2(c) | F & W | $50.00 |
| Hunting in violation of state law | 50 | 32.2(d) | F & W | $100.00 |
| Hunting, each specimen taken in violation of 50 CFR 32.2(d) (in addition to base amount above) | 50 | 32.2(d) | F & W | $50.00 |
| Hunting in violation of special access requirements | 50 | 32.2(e) | F & W | $100.00 |
| Hunting, each specimen taken in violation of 50 CFR 32.2(e) (in addition to base amount above) | 50 | 32.2(e) | F & W | $50.00 |
| Failure to comply with special regulations | 50 | 32.2(f) | F & W | $100.00 |
| Bow hunting with drug on arrow | 50 | 32.2(g) | F & W | $200.00 |
| Bow hunting, each specimen taken in violation of 50 CFR 32.2(g) (in addition to base amount above) | 50 | 32.2(g) | F & W | $50.00 |
| Distribution of bait and hunting over bait | 50 | 32.2(h) | F & W | $250.00 |
| Bait, each specimen taken in violation of 50 CFR 32.2(h) (in addition to base amount above) | 50 | 32.2(h) | F & W | $50.00 |
| Use of nails, wire, screws or bolts to attach a stand to a tree, or hunt from tree into which metal object has been driven | 50 | 32.2(i) | F & W | $100.00 |
| Alcohol, use or possession while hunting | 50 | 32.2(j) | F & W | $200.00 |
| Use or possession of toxic shot | 50 | 32.2(k) | F & W | $100.00 |
| Fishing without a state license | 50 | 32.5(a) | F & W | $100.00 |

| | | | | |
|---|---|---|---|---|
| Noncompliance with applicable federal law | 50 | 32.5(b) | F & W | $100.00 |
| Violations of applicable special fishing regulations | 50 | 32.5(c) - (e) | F & W | $100.00 |
| MBTA, failure to comply with Migratory Bird HIP program | 50 | 20.20(b) | F & W | $50.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.20(b) (in addition to base amount above) | 50 | 20.20(b) | F & W | $50.00 |
| MBTA, taking with illegal device or substance | 50 | 20.21(a) | F & W | $200.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.21(a) (in addition to base amount above) | 50 | 20.21(a) | F & W | $50.00 |
| MBTA, taking with shotgun capable of holding more than 3 shells | 50 | 20.21(b) | F & W | $50.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.21(b) (in addition to base amount above) | 50 | 20.21(b) | F & W | $50.00 |
| MBTA, taking by means, aid or use of sink box | 50 | 20.21(c) | F & W | $150.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.21(c) (in addition to base amount above) | 50 | 20.21(c) | F & W | $50.00 |
| MBTA, taking by means or use of motorized vehicle or aircraft | 50 | 20.21(d) | F & W | $300.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.21(d) (in addition to base amount above) | 50 | 20.21(d) | F & W | $50.00 |
| MBTA, taking by means of motorized boat under power | 50 | 20.21(e) | F & W | $300.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.21(e) (in addition to base amount above) | 50 | 20.21(e) | F & W | $50.00 |
| MBTA, taking by use or aid of live birds | 50 | 20.21(f) | F & W | $250.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.21(f) (in addition to base amount above) | 50 | 20.21(f) | F & W | $50.00 |
| MBTA, taking by means or use of recorded or electronic bird calls | 50 | 20.21(g) | F & W | $350.00 |

| | | | | |
|---|---|---|---|---|
| MBTA, each specimen taken in violation of 50 CFR 20.21(g) (in addition to base amount above) | 50 | 20.21(g) | F & W | $50.00 |
| MBTA, taking by means or aid of motorized conveyance to drive, rally or stir up waterfowl | 50 | 20.21(h) | F & W | $300.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.21(h) (in addition to base amount above) | 50 | 20.21(h) | F & W | $50.00 |
| MBTA, taking by aid of bait | 50 | 20.21(i) | F & W | $500.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.21(i) (in addition to base amount above) | 50 | 20.21(i) | F & W | $50.00 |
| MBTA, taking while possessing prohibited shot shells | 50 | 20.21(j) | F & W | $100.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.21(j) (in addition to base amount above) | 50 | 20.21(j) | F & W | $50.00 |
| MBTA, each prohibited shot shell used/possessed in violation of 50 CFR 20.21(j) (in addition to base amount above) | 50 | 20.21(j) | F & W | $10.00 |
| MBTA, taking during closed season | 50 | 20.22 | F & W | $500.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.22 (in addition to base amount above) | 50 | 20.22 | F & W | $50.00 |
| MBTA, taking before or after legal shooting hours, first 15 minutes | 50 | 20.23 | F & W | $100.00 |
| MBTA, taking before or after legal shooting hours, each additional 15 minutes (in addition to base amount above) | 50 | 20.23 | F & W | $50.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.23 (in addition to base amount above) | 50 | 20.23 | F & W | $50.00 |
| MBTA, taking more than daily bag limit | 50 | 20.24 | F & W | $300.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.24 (in addition to base amount above) | 50 | 20.24 | F & W | $50.00 |
| MBTA, wanton waste of migratory birds | 50 | 20.25 | F & W | $200.00 |

| | | | | |
|---|---|---|---|---|
| MBTA, failure to comply with temporary closure regulations | 50 | 20.26(c) | F & W | $250.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.26(c) (in addition to base amount above) | 50 | 20.26(c) | F & W | $50.00 |
| MBTA, possession of birds taken in violation of 50 CFR 20.21 through 20.24 | 50 | 20.31 | F & W | $200.00 |
| MBTA, each specimen possessed that was taken in violation of 50 CFR 20.31 (in addition to base amount above) | 50 | 20.31 | F & W | $50.00 |
| MBTA, possession of freshly killed bird during closed season | 50 | 20.32 | F & W | $300.00 |
| MBTA, each specimen possessed in violation of 50 CFR 20.32 (in addition to base amount above) | 50 | 20.32 | F & W | $50.00 |
| MBTA, exceeding possession limit taken in United States | 50 | 20.33 | F & W | $250.00 |
| MBTA, each specimen possessed in violation of 50 CFR 20.33 (in addition to base amount above) | 50 | 20.33 | F & W | $50.00 |
| MBTA, possession in excess of daily bag limit on opening day | 50 | 20.34 | F & W | $200.00 |
| MBTA, each specimen possessed in violation of 50 CFR 20.34 (in addition to base amount above) | 50 | 20.34 | F & W | $50.00 |
| MBTA, possession or transportation in excess of daily bag limit | 50 | 20.35 | F & W | $250.00 |
| MBTA, each specimen possessed or transported in violation of 50 CFR 20.35 (in addition to base amount above) | 50 | 20.35 | F & W | $50.00 |
| MBTA, violation of tagging regulations | 50 | 20.36 | F & W | $150.00 |
| MBTA, each specimen possessed in violation of 50 CFR 20.36 (in addition to base amount above) | 50 | 20.36 | F & W | $50.00 |
| MBTA, possession of untagged birds of another person | 50 | 20.37 | F & W | $150.00 |
| MBTA, each specimen possessed in violation of 50 CFR 20.37 (in addition to base amount above) | 50 | 20.37 | F & W | $50.00 |

| | | | | |
|---|---|---|---|---|
| MBTA, possession of live wounded bird | 50 | 20.38 | F & W | $100.00 |
| MBTA, each specimen possessed in violation of 50 CFR 20.38 (in addition to base amount above) | 50 | 20.38 | F & W | $50.00 |
| MBTA, receipt, possession, or transfer to another of untagged birds | 50 | 20.40 | F & W | $100.00 |
| MBTA, each specimen received, possessed, or transferred in violation of 50 CFR 20.40 (in addition to base amount above) | 50 | 20.40 | F & W | $50.00 |
| MBTA, transportation of birds taken in violation of 50 CFR 20.21 through 20.24 | 50 | 20.41 | F & W | $150.00 |
| MBTA, each specimen transported in violation of 50 CFR 20.41 (in addition to base amount above) | 50 | 20.41 | F & W | $50.00 |
| MBTA, transportation of untagged birds of another person | 50 | 20.42 | F & W | $150.00 |
| MBTA, each specimen transported in violation of 50 CFR 20.42 (in addition to base amount above) | 50 | 20.42 | F & W | $50.00 |
| MBTA, transportation of birds with species identification removed | 50 | 20.43 | F & W | $150.00 |
| MBTA, each specimen transported in violation of 50 CFR 20.43 (in addition to base amount above) | 50 | 20.43 | F & W | $50.00 |
| MBTA, transportation of unmarked or improperly marked bird containers via Postal or common carrier | 50 | 20.44 | F & W | $150.00 per container |
| MBTA, exportation of birds taken in violation of 20.21 through 20.24 | 50 | 20.51 | F & W | $200.00 |
| MBTA, each specimen exported in violation of 50 CFR 20.51 (in addition to base amount above) | 50 | 20.51 | F & W | $50.00 |
| MBTA, export of birds with species identification removed | 50 | 20.52 | F & W | $150.00 |
| MBTA, each specimen exported in violation of 50 CFR 20.52 (in addition to base amount above) | 50 | 20.52 | F & W | $50.00 |

| | | | | |
|---|---|---|---|---|
| MBTA, export of unmarked or improperly marked packages containing migratory birds | 50 | 20.53 | F & W | $150.00 per package |
| MBTA, importing in excess of legal limits | 50 | 20.61 | F & W | $200.00 |
| MBTA, each specimen imported in violation of 50 CFR 20.61 (in addition to base amount above) | 50 | 20.61 | F & W | $50.00 |
| MBTA, importing birds of another | 50 | 20.62 | F & W | $150.00 |
| MBTA, each specimen imported in violation of 50 CFR 20.62 (in addition to base amount above) | 50 | 20.62 | F & W | $50.00 |
| MBTA, importing birds with species identification removed | 50 | 20.63 | F & W | $150.00 |
| MBTA, each specimen imported in violation of 50 CFR 20.63 (in addition to base amount above) | 50 | 20.63 | F & W | $50.00 |
| MBTA, import, possess, transport or ship birds killed in foreign countries without required export permits | 50 | 20.64 | F & W | $150.00 |
| MBTA, each specimen imported, possessed, transported or shipped in violation of 50 CFR 20.64 (in addition to base amount above) | 50 | 20.64 | F & W | $50.00 |
| MBTA, importing birds not drawn or dressed as required | 50 | 20.65 | F & W | $150.00 |
| MBTA, each specimen imported in violation of 50 CFR 20.65 (in addition to base amount above) | 50 | 20.65 | F & W | $50.00 |
| MBTA, import of unmarked or improperly marked packages containing migratory birds | 50 | 20.66 | F & W | $150.00 per package |
| MBTA, taking, possession, transportation or exporting of migratory birds, parts, eggs or nests in violation of any other federal law or regulation | 50 | 20.71 | F & W | $250.00 |
| MBTA, each specimen taken, possessed, transported or exported in violation of 50 CFR 20.71 (in addition to base amount above) | 50 | 20.71 | F & W | $50.00 |

| | | | | |
|---|---|---|---|---|
| MBTA, taking, possession, transportation or exporting of migratory birds, parts, eggs, or nests in violation of any state regulation | 50 | 20.72 | F & W | $150.00 |
| MBTA, each specimen taken, possessed, transported or exported in violation of 50 CFR 20.72 (in addition to base amount above) | 50 | 20.72 | F & W | $50.00 |
| MBTA, importing, possession, or transportation of any migratory bird, parts, eggs or nests if taken, bought, sold, transported, possessed or exported contrary to law or regulation of any foreign country or state or province thereof | 50 | 20.73 | F & W | $150.00 |
| MBTA, each specimen imported, possessed, or transported in violation of 50 CFR 20.73 | 50 | 20.73 | F & W | $50.00 |
| MBTA, commercial facility with untagged migratory birds of another | 50 | 20.81 | F & W | $200.00 |
| MBTA, each specimen possessed in violation of 50 CFR 20.81 (in addition to base amount above) | 50 | 20.81 | F & W | $50.00 |
| MBTA, commercial facility, violation of record keeping requirements | 50 | 20.82 | F & W | $200.00 |
| MBTA, commercial facility, not permitting inspection of records or premises | 50 | 20.83 | F & W | $500.00 |
| MBTA, purchase, sell, barter, or the offer thereof, of feathers of migratory game birds for millinery or ornamental use | 50 | 20.91(a) | F & W | $250.00 |
| MBTA, each specimen purchased, sold, bartered, or offered in violation of 50 CFR 20.91(a) (in addition to base amount above) | 50 | 20.91(a) | F & W | $50.00 |
| MBTA, purchase, sell, barter, or the offer thereof, of mounted specimens taken by hunting | 50 | 20.91(b) | F & W | $250.00 |

| | | | | |
|---|---|---|---|---|
| MBTA, each specimen purchased, sold, bartered, or offered in violation of 50 CFR 20.91(b) (in addition to base amount above) | 50 | 20.91(b) | F & W | $50.00 |
| MBTA, taking migratory game birds for which no season has been established | 50 | 20.100 | F & W | $250.00 |
| MBTA, each specimen taken in violation of 50 CFR 20.100 (in addition to base amount above) | 50 | 20.100 | F & W | $50.00 |
| MBTA, violation of crow hunting regulations | 50 | 20.133 | F & W | $100.00 |
| MBTA, migratory bird permit violations | 50 | 21.2 through 21.27 | F & W | $200.00 |
| MBTA, each specimen taken in violation of 50 CFR 21.2 through 21.27 (in addition to base amount above) | 50 | 21.11 | F & W | $50.00 |
| MBTA, taking, possession, transportation, selling, purchasing, bartering or transferring any raptor for falconry purposes in violation of federal falconry standards | 50 | 21.28 | F & W | $250.00 |
| MBTA, violation of falconry permit requirements | 50 | 21.28 | F & W | $250.00 |
| MBTA, each specimen taken in violation of 50 CFR 21.28 (in addition to base amount above) | 50 | 21.28 | F & W | $50.00 |
| MBTA, taking, possession, or transportation of golden eagle for falconry without permit | 50 | 21.28(d)(1) | F & W | $500.00 |
| MBTA, each specimen taken, possessed, transported, sold, purchased or bartered in violation of 50 CFR 21.28(d)(1) (in addition to base amount above) | 50 | 21.28(d)(1) | F & W | $100.00 |
| MBTA, unauthorized purchase of a raptor | 50 | 21.28(d)(3) | F & W | $500.00 |
| MBTA, each specimen purchased in violation of 50 CFR 21.28(d)(3) | 50 | 21.28(d)(3) | F & W | $100.00 |
| MBTA, violation of falconry standards | 50 | 21.29 | F & W | $250.00 |

| | | | | |
|---|---|---|---|---|
| MBTA, taking, possession, or transportation of a raptor in violation of 50 CFR 21.29 | 50 | 21.29(e)(3) | F & W | $250.00 |
| MBTA, each specimen taken, possessed, or transported, in violation of 50 CFR 21.29(e)(3) (in addition to base amount above) | 50 | 21.29(e)(3) | F & W | $100.00 |
| MBTA, unauthorized taking of threatened species | 50 | 21.29(e)(3)(v) | F & W | $500.00 |
| MBTA, each specimen taken in violation of 50 CFR 21.29(e)(3)(v) (in addition to base amount above) | 50 | 21.29(e)(3)(v) | F & W | $100.00 |
| MBTA, failure to comply with facility/equipment standards | 50 | 21.29(g) | F & W | $150.00 |
| MBTA, unauthorized taking of raptor | 50 | 21.29(i) | F & W | $350.00 |
| MBTA, each specimen taken in violation of 50 CFR 21.29(i) (in addition to base amount above) | 50 | 21.29(i) | F & W | $100.00 |
| MBTA, general violation of miscellaneous falconry regulations | 50 | 21.29(j) | F & W | $150.00 |
| MBTA, each specimen taken or possessed in violation of 50 CFR 21.29(j) (in addition to base amount above) | 50 | 21.29(j) | F & W | $100.00 |
| MBTA, retention or exchange of molted feathers for other than imping purposes | 50 | 21.29(j)(5) | F & W | $150.00 |
| MBTA, general violation of raptor propagation permit | 50 | 21.30 | F & W | $250.00 |
| MBTA, each specimen possessed in violation of 50 CFR 21.30 (in addition to base amount above) | 50 | 21.30 | F & W | $100.00 |
| MBTA, unauthorized taking, possession, transport, sale, purchase, barter or transfer of a raptor, raptor egg, or raptor semen for propagation | 50 | 21.30(a) | F & W | $350.00 |
| MBTA, each specimen taken, possessed, transported, sold, purchased, bartered, or transferred in violation of 50 CFR 21.30(a) (in addition to base amount above) | 50 | 21.30(a) | F & W | $100.00 |

| | | | | |
|---|---|---|---|---|
| MBTA, unauthorized hybridization of raptors | 50 | 21.30(d) (7) | F & W | $300.00 |
| MBTA, violation of depredating bird regulations | 50 | 21.41 through 21.43 | F & W | $200.00 |
| MBTA, each specimen in violation of 50 CFR 21.41 through 21.43 (in addition to base amount above) | 50 | 21.41 through 21.43 | F & W | $100.00 |
| MBTA, unauthorized killing of depredating migratory birds | 50 | 21.41(c) (1) | F & W | $200.00 |
| MBTA, each specimen killed in violation of 50 CFR 21.41(c)(1) | 50 | 21.41(c) (1) | F & W | $100.00 |
| MBTA, taking of depredating birds by unauthorized method or in unauthorized area | 50 | 21.42(c) (2) | F & W | $200.00 |
| Permit, general violation of requirements | 50 | 13.1 through 13.29 | F & W | $150.00 |
| Wildlife, failure to maintain under humane and healthful conditions | 50 | 13.41 | F & W | $250.00 |
| Permit, failure to adhere to specific terms/conditions | 50 | 13.42 | F & W | $250.00 |
| Permit, alteration | 50 | 13.43 | F & W | $500.00 |
| Permit, failure to display upon request | 50 | 13.44 | F & W | $150.00 |
| Permit, failure to file required reports | 50 | 13.45 | F & W | $150.00 |
| Permit, failure to keep or retain permit records | 50 | 13.46 | F & W | $250.00 |
| Permit, failure to permit inspections | 50 | 13.47 | F & W | $500.00 |
| Permit, non-compliance with conditions | 50 | 13.48 | F & W | $150.00 |
| Permit, failure to surrender upon suspension or revocation | 50 | 13.49 | F & W | $250.00 |
| Permit, failure to assume liability and responsibility for activity conducted under authority | 50 | 13.50 | F & W | $250.00 |

| | | | | |
|---|---|---|---|---|
| Wildlife, import or transport to U.S. any wild mammal or bird under inhumane or unhealthful conditions | 50 | 14.103 | F & W | $250.00 |
| Wildlife, each specimen imported or transported in violation of 50 CFR 14 (in addition to base amount above) | 50 | 14.103 | F & W | $25.00 |
| Wildlife, violation of humane transport regulations | 50 | 14.104 through 14.172 | F & W | $100.00 |
| Wildlife, each specimen transported in violation of humane transport regulations (in addition to base amount above) | 50 | 14.104 through 14.172 | F & W | $25.00 |
| Exotic birds, violation of import regulations or issued permits | 50 | 15.11(a)-(e) | F & W | $250.00 |
| Exotic birds, each bird imported contrary to regulations or permits | 50 | 15.11(a)-(e) | F & W | $50.00 |
| Wildlife, unauthorized importing or shipping in interstate commerce of prohibited species or their progeny | 50 | 16.3 through 16.13(a) | F & W | $1000.00 |
| Wildlife, each specimen imported or transported in violation of 50 CFR 16.3 through 16.13(a) (in addition to base amount above) | 50 | 16.3 through 16.13(a) | F & W | $50.00 |
| Wildlife, importation of live/dead salmonid of the Salmonidae family or their eggs without proper certification | 50 | 16.13(b)(1) | F & W | $350.00 |
| Wildlife, each specimen imported or transported in violation of 50 CFR 16.13(b)(1) (in addition to base amount above) | 50 | 16.13(b)(1) | F & W | $50.00 |
| Wildlife, unauthorized release of imported live wild amphibians/reptiles, their progeny or eggs | 50 | 16.14 & 16.15 | F & W | $500.00 |
| Wildlife, each specimen imported or transported in violation of 50 CFR 16.14 through 16.15 (in addition to base amount above) | 50 | 16.14 & 16.15 | F & W | $50.00 |
| Wildlife, failure to properly confine injurious species | 50 | 16.22(b)(1) | F & W | $350.00 |

| | | | | |
|---|---|---|---|---|
| Wildlife, each specimen improperly confined in violation of 50 CFR 16.22(b)(1) (in addition to base amount above) | 50 | 16.22(b) (1) | F & W | $50.00 |
| Wildlife, transfer of injurious species to unauthorized person | 50 | 16.22(b) (2) | F & W | $350.00 |
| Wildlife, each specimen transferred in violation of 50 CFR 16.22(b)(2) (in addition to base amount above) | 50 | 16.22(b) (2) | F & W | $50.00 |
| Wildlife, violation of threatened wildlife prohibitions, short of taking threatened wildlife | 50 | 17.31 | F & W | $300.00 |
| Wildlife, violation of special regulations pertaining to threatened wildlife | 50 | 17.40 through 17.47 | F & W | $300.00 |
| Appropriating, excavating, injuring, or destroying historic or prehistoric ruins, monuments, or objects of antiquity | 16 USC | 433 | F & W | $500.00 |
| Disturbing, injuring, cutting, burning, removing, destroying, or possessing any real or personal property of the United States or taking or possessing any fish, bird, mammal, or other wild vertebrate or invertebrate animal or part or nest or egg thereof or entering, using, or otherwise occupying any such area for any purpose without a permit or authorization | 16 USC | 688dd(c) | F & W | $500.00 |
| Taking, pursuing, hunting, capturing, killing, or the attempt thereof; possessing, selling, bartering, purchasing, shipping, exporting, importing, carrying, or transporting; migratory birds, their parts, nests, or eggs, without authorization | 16 USC | 703 | F & W | $500.00 |
| Each specimen, part, egg, nest, or other item in violation of 16 USC 703 (in addition to base amount above) | 16 USC | 703 | F & W | $50.00 |

| | | | | |
|---|---|---|---|---|
| Shipping, transporting, carrying in interstate or foreign commerce, any bird, part, nest, or egg, thereof, carried contrary to the law of the place where captured, killed, taken, shipped, transported, or carried | 16 USC | 705 | F & W | $350.00 |
| Each specimen, part, egg, nest, or other item in violation of 16 USC 705 (in addition to base amount above) | 16 USC | 705 | F & W | $50.00 |
| Hunting migratory waterfowl without federal waterfowl stamp | 16 USC | 718a | F & W | $150.00 |
| Hunting, each specimen taken in violation of 16 USC 718a (in addition to base amount above) | 16 USC | 718a | F & W | $50.00 |
| Hunting migratory waterfowl with invalid federal waterfowl stamp | 16 USC | 718b | F & W | $50.00 |
| Hunting, each specimen taken in violation of 16 USC 718b (in addition to base amount above) | 16 USC | 718b | F & W | $10.00 |
| Hunting, loan/transfer valid migratory stamp | 16 USC | 718e(a) | F & W | $300.00 |
| Hunting, alter, mutilate, imitate or counterfeit migratory waterfowl stamp | 16 USC | 718e(b) | F & W | $500.00 |