UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**ADMINISTRATIVE ORDER**

No. 2006-03

Re: Board of Bar Examiners

By agreement of the judges of this Court, William Dolan and Patricia Rocha are hereby appointed to replace Kenneth Madden and Michael G. Sarli whose terms have expired. Steven Snow is hereby reappointed to an additional term on the Board and Gerald Petros is hereby appointed as Chairman.

The members' responsibilities and terms of office now are as follows:

| Name | Position | Year Appointed | Expiration of Term |
|---|---|---|---|
| Gerald Petros | Chairman | 2004 | 5/31/07 |
| Patricia Sullivan | Civil Procedure | 2004 | 5/31/07 |
| C. Leonard O'Brien | Criminal Procedure | 2004 | 5/31/07 |
| Matthew J. McGowan | Bankruptcy | 2005 | 5/31/08 |
| William A. Poore | Professional Conduct | 2005 | 5/31/08 |

| Name | Position | Year Appointed | Expiration of Term |
|---|---|---|---|
| William Dolan | Jurisdiction | 2006 | 5/31/09 |
| Patricia Rocha | Civil Procedure | 2006 | 5/31/09 |
| Steven Snow | Evidence | 2003 | 5/31/09 |

IT IS SO ORDERED,

Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: 6/30/06