UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ADMINISTRATIVE ORDER**
**RE: LOCAL RULES REVIEW COMMITTEE**

No. 2006-04

Pursuant to L.R. Gen. 113, the following individuals are appointed to the Local Rules Review Committee for terms expiring on the dates indicated next to their respective names.

| **Name** | **Term Expires** |
|---|---|
| Stephanie Browne, AUSA | June 30, 2007 |
| John P. Boyajian, Esq. | June 30, 2007 |
| Rebecca Tedford Partington, Esq. | June 30, 2007 |
| Jeffrey C. Schreck, Esq. | June 30, 2007 |
| Craig M. Scott, Esq. | June 30, 2007 |
| Max Wistow, Esq. | June 30, 2007 |
| Robin Feder, AUSA | June 30, 2008 |
| James McCormick, Esq. | June 30, 2008 |
| Anthony Muri, Esq. | June 30, 2008 |
| James T. Murphy, Esq. | June 30, 2008 |
| R. Daniel Prentiss, Esq. | June 30, 2008 |
| Gerard B. Sullivan, AUSA | June 30, 2008 |
| Marc DeSisto, Esq. | June 30, 2009 |
| Christopher Little, Esq. | June 30, 2009 |
| Brooks R. Magratten, Esq. | June 30, 2009 |
| James E. O'Neil, Esq. | June 30, 2009 |
| Edward Roy, Federal Defender | June 30, 2009 |
| Patricia Sullivan, Esq. | June 30, 2009 |
| David Wollin, Esq. | June 30, 2009 |
| Paul Goodale, *ex officio* reporter | n/a |

By Order,

Paulette J Dube
Chief Deputy Clerk

ENTER:

Ernest C Torres
Ernest C. Torres
Chief Judge
Date: Sept. 21, 2006