UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ADMINISTRATIVE ORDER**
**RE: LOCAL RULES REVIEW COMMITTEE**

No. 2007-01

On September 21, 2006, Administrative Order 2006-04 was entered appointing a Local Rules Review Committee pursuant to L.R. Gen. 113. Committee member Robin Feder can no longer serve, as she has been appointed an Administrative Law Judge in Boston, Massachusetts.

I hereby appoint Sara Rapport, Esq. to replace Ms. Feder as a member of the Local Rules Review Committee. Ms. Rapport's term will expire June 30, 2008. All other appointments stand as reflected in Administrative Order 2006-04.

By Order:

Paulette J. Duke
Chief Deputy Clerk

Enter:

Mary M. Lisi
Mary M. Lisi
Chief Judge
February 5, 2007