UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# GENERAL ORDER

No. 2007-02

**RE: Use of Laptops in the Courthouse**

The provisions of LR Gen 112(b) shall hereby apply to the use of laptops in the Courthouse and the John O. Pastore Building.

IT IS SO ORDERED:

Mary M. Lisi
Chief Judge

William E. Smith
U.S. District Judge

Ronald R. Lagueux
Senior U.S. District Judge

Ernest C. Torres
Senior U.S. District Judge

Date: May 9, 2007