UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

# ADMINISTRATIVE ORDER

No. 2007-03

Re: Board of Bar Examiners

By agreement of the judges of this Court, Gerald Petros, Patricia Sullivan, and C. Leonard O'Brien are hereby reappointed to an additional term on the Board, and Gerald Petros is hereby reappointed as Chairman.

The members' responsibilities and terms of office now are as follows:

| Name | Position | Year Appointed | Expiration of Term |
|---|---|---|---|
| Gerald Petros | Chairman | 2004 | 5/31/2010 |
| Matthew J. McGowan | Bankruptcy | 2005 | 5/31/2008 |
| William A. Poore | Professional Conduct | 2005 | 5/31/2008 |
| William Dolan | Jurisdiction | 2006 | 5/31/2009 |
| Steven Snow | Evidence | 2003 | 5/31/2009 |
| Patricia Rocha | Civil Procedure | 2006 | 5/31/2009 |
| Patricia Sullivan | Civil Procedure | 2004 | 5/31/2010 |
| C. Leonard O'Brien | Criminal Procedure | 2004 | 5/31/2010 |

IT IS SO ORDERED,

Mary M. Lisi

Mary M. Lisi
Chief Judge

Date: May 22, 2007