UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Administrative Order 2007 - 05**

**Re: Local Rules Amendments**

It is hereby Ordered that:

1. The name, "Board of Bar Examiners," is changed to "Board of Bar Admissions." LR Gen 202 is amended to the extent that all references to the "Board of Bar Examiners" shall be changed to "Board of Bar Admissions."

2. The bar examination requirement set forth in LR Gen 202 is suspended.

3. LR Gen 202(b)(2) currently provides that two (2) filing fees must accompany an application for admission to the Bar, an application fee and an admission fee. The application fee shall now be the only fee required at the time the application for admission is submitted, and LR Gen 202(b)(2) is amended to reflect that change. Furthermore, LR Gen 202(b)(4) is also amended to include the requirement that the admission fee previously due at the time of application shall now be due at the time the oath or affirmation is administered.

4. The title, "Board of Bar Examiners Fund," is changed to "Bar Fund." LR Gen 202(b)(2) and LR Gen. 204 are amended to the extent that checks associated with admission to the Bar shall now be made payable to the "Bar Fund."

By Order,

Paulette J. Duke

Chief Deputy Clerk

ENTER:

Mary M. Lisi

Mary M. Lisi
Chief Judge
Date: September 25, 2007

38