UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: LOCAL RULES | Misc. 7673

ORDER

Pursuant to 28 U.S.C. § 2071, Fed. R. Civ. P. 83(a)(1) and Fed. R. Crim. P. 57(a)(1), this Court hereby approves amendments to the Local Rules of the United States District Court for the District of Rhode Island, effective March 17, 2008. The Local Rules, as amended, shall govern all proceedings in this Court that are pending, commenced or re-opened on and after that date.

Mary M. Lisi
Chief Judge Mary M. Lisi

WESmith
Judge William E. Smith

Ronald R. Lagueux
Sr. Judge Ronald R. Lagueux

Ernest C Torres
Sr. Judge Ernest C. Torres

Dated; March 10, 2008